

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY
### APPEARANCE FORM

NOTE: In order to appear before this Court an atto
of this Court's general bar or be granted leave to ap
Rules 83.12 through 83.14.

**08CV0358**
**JUDGE GUZMAN**
**MAG.JUDGE MASON**

In the Matter of

GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS,

                             Plaintiff,

       v.

CORAL GLASS AND ALUMINUM CO., an Illinois corporation

                       Defendant,

**F I L E D**
Jan 16, 2008
JAN 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR
Plaintiff

| | | |
|---|---|---|
| NAME (Type or print) <br><br> DONALD D. SCHWARTZ | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | | |
| FIRM <br><br> ARNOLD AND KADJAN | | |
| STREET ADDRESS <br><br> 19 WEST JACKSON BLVD. | | |
| CITY/STATE/ZIP <br><br> CHICAGO, IL. 60604 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 03124459 | TELEPHONE NUMBER <br><br> (312) 236-0415 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | | |