UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS, LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 0358 |
| v. | ) ) | Judge Ronald A. Guzman |
| CORAL GLASS AND ALUMINUM, CO., an Illinois Corporation | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF FILING

**To:**   Mr. Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Thursday, the 31ST day of January, 2008, the undersigned filed with the United States District Court, Northern District of Illinois, a document entitled *Appearance,* a true and accurate copy of which is attached hereto and served upon the above party by U.S. Regular Mail with the proper postage paid on Thursday, the 31ST day of January, 2008.

/s/ Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
By:   Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
3125 North Wilke Road, Suite A
Arlington Heights, Illinois   60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**