## CERTIFICATE OF SERVICE

The undersigned, being duly sworn on oath, deposes and states that he served a copy of the attached *Appearance,* a true and accurate copy thereof, upon the proper party by causing a copy to be sent U.S. Regular Mail on Thursday, the 31ST day of January, 2008.

       /s/ Thomas W. Duda
       LAW OFFICES OF THOMAS W. DUDA
       By:   Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
3125 North Wilke Road, Suite A
Arlington Heights, Illinois   60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**