UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS, LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 0358 |
| v. | ) ) | Judge Ronald A. Guzman |
| CORAL GLASS AND ALUMINUM, CO., an Illinois Corporation | ) ) ) | Magistrate Judge Mason |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**To:** Mr. Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Thursday, February 07, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman Presiding, or any other Judge sitting in his stead in the Courtroom 1219, normally occupied by him, in the United States District Court, Northern District of Illinois, and shall then and there present the *Uncontested Motion to Extend the Date to File a Responsive Pleading,* a true and accurate copy of which is attached hereto and served upon the above party by via Facsimile & U.S. Regular Mail with the proper postage on Monday, the 04TH day of February, 2008.

                                                /s/ Thomas W. Duda
                                         LAW OFFICES OF THOMAS W. DUDA
                                         By:    Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
3125 North Wilke Road, Suite A
Arlington Heights, Illinois 60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**