# **CERTIFICATE OF SERVICE**

The undersigned, being duly sworn on oath, deposes and states that he served a copy of the attached *Uncontested Motion to Extend the Date to File a Responsive Pleading,* a true and accurate copy thereof, served upon the above party by causing a copy to be sent by via Facsimile and U.S. Regular Mail to the proper party as listed on the Notice of Motion on Monday, the 4TH day of February, 2008.

                                      /s/ Thomas W. Duda
                                      LAW OFFICES OF THOMAS W. DUDA
                                      By:    Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
3125 North Wilke Road, Suite A
Arlington Heights, Illinois   60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**