UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS, LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 0358 |
| v. | ) ) | Judge Ronald A. Guzman |
| CORAL GLASS AND ALUMINUM, CO., an Illinois Corporation | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## UNCONTESTED MOTION TO EXTEND
## THE DATE TO FILE A RESPONSIVE PLEADING

NOW COMES the Defendant CORAL GLASS AND ALUMINUM, CO. ("Coral") by and through its attorneys THOMAS W. DUDA and the LAW OFFICES OF THOMAS W. DUDA, and does hereby move to extend the date for filing a responsive pleading to March 03, 2008, and in furtherance of this Motion does hereby state as follows:

1. The Plaintiff in this cause filed its Complaint seeking injunctive and damage relief on or about January 16, 2008. Service was accomplished at the home of the Chief Executive Officer of the Defendant several days thereafter.

2. The Defendant has retained Thomas W. Duda and the Law Offices of Thomas W. Duda to represent it in the above-captioned matter. Although preliminary investigation has been accomplished, Defendant is not in a position to respond as of February 05, 2008.

1

3. The Plaintiff is conducting an audit of the records of the Defendant on February 05, 2008, and it is possible, depending on the outcome of the audit, that filing a responsive pleading might become unnecessary.

4. Counsel for the Defendant has conferred by telephone with counsel for the Plaintiff and the Plaintiff has no objection to extending the date for filing a responsive pleading to and including March 03, 2008.

**WHEREFORE,** CORAL GLASS AND ALUMINUM, CO. hereby respectively moves to extend the time for filing an answer or other responsive pleading to and including March 03, 2008.

Respectfully Submitted,

/s/ Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
By:   Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA
3125 North Wilke Road, Suite A
Arlington Heights, Illinois   60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**

2