IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>CORAL GLASS AND ALUMINUM CO., an Illinois Corporation,<br><br>Defendant. | NO. 08c 0358<br><br>Judge Ronald Guzman<br>Magistrate Judge Mason |

## NOTICE OF FILING

**To:** Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Ste. 300
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Friday, 29th day of February, 2008, the undersigned filed with the U.S. District Court, Illinois, a document entitled *Answer,* true and accurate copy of which is attached hereto and served upon the above party by U.S. Regular Mail with the proper postage paid on Friday, the 29th day of February, 2008.

/s/  Thomas W. Duda
Thomas W. Duda

Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA, P.C.
3125 North Wilke Road, Suite A
Arlington Heights, Illinois 60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned, being duly sworn on oath, deposes and states that he served a copy of the attached *Answer,* a true and accurate copy thereof, upon the proper party by causing a copy to be sent U.S. Regular Mail with the proper postage prepaid to the party listed on the Notice on Friday, the 29th day of February, 2008.

/s/ Thomas W. Duda
Thomas W. Duda


Thomas W. Duda
LAW OFFICES OF THOMAS W. DUDA, P.C.
3125 North Wilke Road, Suite A
Arlington Heights, Illinois   60004
( 847 ) 577-2470
Atty. Reg. No. 00684554

**ATTORNEYS FOR THE DEFENDANT**