# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 358 | **DATE** | April 10, 2008 |
| **CASE TITLE** | GLAZERS, ARCHITECUTRAL METAL AND GLASS LOCAL UNION 27 et al vs. CORAL GLASS AND ALUMINUM CO | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 4/11/2008 at 9:00 a.m. is reset to 09:30 AM. on Court's own motion.

| | Courtroom Deputy Initials: | JS |
|---|---|---|