**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Trustees of the Glaziers, Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension
Funds

          Plaintiff,

v.

          Case No.:
          1:08−cv−00358

          Honorable Ronald A. Guzman

Coral Glass and Aluminum Co.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 5/12/2008. Status hearing set for 5/19/2008 at 09:30 AM. Defendant is ordered to be present in person or by counsel at the next status hearing. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.