IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds, | ) <br> ) Case Number: 08 C 358 <br> ) |
| Plaintiffs, | ) Judge Ronald A. Guzman <br> ) |
| v. | ) <br> ) |
| Coral Glass and Aluminum Co., an Illinois corporation | ) <br> ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Rule 41(a)(2) Dismissal, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

This cause of action is dismissed with prejudice and without costs under Fed. R. Civ. P. 41(a)2 per the agreed settlement and release the parties have reached.

DATED: _____

ENTERED:_____
HONORABLE JUDGE GUZMAN

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415