IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds,<br><br>Plaintiffs,<br><br>v.<br><br>Coral Glass and Aluminum Co., an Illinois corporation<br><br>Defendants. | )<br>) Case Number: 08 C 358<br>)<br>) Judge Ronald A. Guzman<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION FOR 41(a)2 DISMISSAL

To:   Coral Glass and Aluminum Co., an Illinois corporation
      c/o Thomas Duda, counsel for defendant
      3125 Wilkes Rd, Ste. A
      Arlington Heights, IL 60004
      thomasduda@zipduda.com

**PLEASE TAKE NOTICE** that on **May 28, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Guzman, Room 1219** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for 41(a)2 Dismissal.

                                                s/ Shane Luedke
                                                One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2008 I electronically filed the foregoing Notice of Motion for 41(a)2 Dismissal with the Clerk of the Court using the CM/ECF system, by email, and to the following by U.S. Mail, postage prepaid:

        Coral Glass and Aluminum Co., an Illinois corporation
            c/o Thomas Duda, counsel for defendant
                  3125 Wilkes Rd, Ste. A
                Arlington Heights, IL 60004
                 thomasduda@zipduda.com

                                                   s/ Shane Luedke
                                            ARNOLD AND KADJAN
                                            19 W. Jackson Blvd., Suite 300
                                            Chicago, IL 60604
                                            Telephone No.:  (312) 236-0415
                                            Facsimile No.:  (312) 341-0438
                                            Dated:  May 27, 2008