**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

| | |
|---|---|
| Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−00358 Honorable Ronald A. Guzman |
| Coral Glass and Aluminum Co. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for order of dismissal pursuant to 41(a)2 Dismissal [23] is granted. Pursuant to Rule 41(a)2 this case is hereby dismissed with prejudice and without costs under an agreed settlement and release. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.